# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **JOSE ALBERTO SANCHEZ** | ) |
| | ) |
| Petitioner, | ) Case File No. _____ |
| | ) |
| v. | ) |
| | ) Immigration File No.: A076388332 |
| **Pam Bondi, Attorney General** | ) |
| **Ernesto Santacruz,** | ) |
| **U.S. ICE Field Office Director** | ) |
|     **For the Colorado Field Office** | ) |
| **Kristi Noem,** | ) |
| **US Secretary of Homeland Security** | ) |
| **Johnny Choate,** | )   **PETITION UNDER 28 U.S.C. § 2241** |
| **Warden of GEO Group Inc. Aurora** | )   **FOR A WRIT OF HABEAS CORPUS BY** |
| | )   **A PERSON IN FEDERAL CUSTODY** |
|     Respondent. | ) |

**To the Honorable Judges of the United States District Court for the District of Colorado:**

**Petitioner, Jose Alberto Sanchez, by and through undersigned counsel, respectfully petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and in support thereof states as follows:**

Introduction

1. **Petitioner, Jose Alberto Sanchez,** is currently detained by Immigration and Customs Enforcement "ICE" at GEO contract Detention facility 3130 N Oakland St., in Aurora, Colorado. Petitioner was granted relief under the Convention Against Torture (CAT) and has been in full compliance with all terms and conditions associated with this relief. He has had yearly check-in's since his grant in 2019.

2. **Despite compliance and no change in country conditions,** Petitioner was detained during a routine check-in on July 7, 2025. This detention is unlawful and violates Petitioner's rights under the CAT and applicable U.S. immigration laws.

Jurisdiction and Venue

3. **This Court has jurisdiction** over this petition pursuant to 28 U.S.C. § 2241, as Petitioner is in custody under the authority of the United States, and the detention is in violation of the Constitution, laws, or treaties of the United States.

1

4.  **Venue is proper** in the District of Colorado as Petitioner is detained within this district.

Factual Background

5.  **Petitioner was granted CAT relief** on July 23, 2019, recognizing the substantial risk of torture if returned to Mexico.

6.  **Since the grant of CAT relief,** Petitioner has complied with all conditions, including regular check-ins with immigration authorities.

7.  **On July 7, 2025,** during a routine check-in, Petitioner was unexpectedly detained without any change in the conditions of Mexico that would justify such detention and he has not been notified of a 3rd country of removal in order to object or claim a fear if removal to a 3rd country is imminent or contemplated.

Legal Argument

8.  **Petitioner's detention is unlawful** as it contravenes the protections afforded under the CAT, which prohibits the return of individuals to countries where they are likely to face torture.

9.  **There has been no change in country conditions** that would warrant a reevaluation of Petitioner's CAT relief status. The detention is arbitrary and lacks legal justification.

10. **Petitioner's continued detention** violates due process rights under the Fifth Amendment, as it is not based on any new evidence or legal grounds.

Prayer for Relief

**WHEREFORE, Petitioner respectfully requests that this Court:**

1.  **Issue a writ of habeas corpus** directing Respondent to release Petitioner immediately from custody.

2.  **Grant any further relief** that this Court deems just and proper.

**Dated:** July 24, 2025

**Respectfully submitted,**

//s//Lisa Guerra
Lisa A. Guerra, Esq.

The Guerra Law Firm, LLC
3600 S Yosemite St., Ste., 520
Denver, CO 80237

303-347-0900
LisaGuerra@theguerralawoffice.com

**Attorney for Petitioner, Jose Alberto Sanchez**

2