IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 25-cv-02287-CNS-CYC | Date: September 17, 2025 |
| Courtroom Deputy: Stephanie Price | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| JOSE ALBERTO SANCHEZ, | Lisa Ann Guerra (Phone) |
| Petitioner, | |
| v. | |
| Pam Bondi, | Brad E. Leneis |
| Ernesto Santacruz, | |
| Kristi Noem, | |
| Johnny Choate, | |
| Respondents. | |

**COURTROOM MINUTES/MINUTE ORDER
STATUS CONFERENCE**

**11:16  a.m.    Court in session.**

Court calls case. Appearances of counsel.

Discussion held on status of case.

**ORDERED:**   The Court **GRANTS** the Joint Motion to Enter a Schedule [ECF No. 21]. The Petitioner shall file his amended habeas petition on or before September 24, 2025. The Respondents shall file a response to the amended habeas petition on or before October 15, 2025. The Petitioner will have fourteen days after the response is filed to reply.

**11:18  a.m.    Court in recess.**

Hearing concluded.
Total in-court time:    0:02

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.