**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02287-CNS-CYC

JOSE ALBERTO SANCHEZ,

    Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States,
ROBERT HAGAN, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement; and
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security;
JOHNNY CHOATE, in his official capacity as Warden of GEO Group Inc. Aurora;

    Respondents.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on December 4, 2025, [ECF No. 33] and February 6, 2026, [ECF No. 35], it is

    ORDERED that the Amended Petition for Writ of Habeas Corpus [ECF No. 26] is GRANTED. It is

    FURTHER ORDERED that, as the prevailing party, the plaintiff is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 6th day of February, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes, Deputy Clerk